DONALD L. LEVINE BAR#102099
LAW OFFICE OF DONALD L. LEVINE
444 West "C" Street, Suite 210
San Diego, CA 92101
Telephone (619) 615-6200
email:lawmandll@gmail.com

Attorney for Defendant
CRISPIN GARCIA-GARCIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. GORDON THOMPSON JR.,)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 11CR2822GT |
| Plaintiff, ) | **ORDER CONTINUING HEARING** |
| v. ) | |
| CRISPIN GARCIA-GARCIA, ) | |
| Defendant. ) | |

**GOOD CAUSE APPEARING:**

IT IS HEREBY ORDERED that the hearing for defendant, CRISPIN GARCIA-GARCIA, shall be continued from April 23, 2014 at 9:30 a.m. to May 9, 2014 at 9:30 a.m. The defendant is in custody. The Court finds that this time is excludable.

**SO ORDERED**

Dated: 4/14/14

HON. GORDON THOMPSON JR.,
United States District Court Judge

1

ORDER CONTINUING HEARING